## ARNALL agt. HARDMAN

William Arnall plaint. ag$^t$ John Harding alias Hardman Defend$^t$ in an action of the case for not performing of a bargain made last summer concerning the coleing of ten cord of wood to bee done by s$^d$ Harding for the plaint. and deliu$^{rd}$ but is not according to bargain whereby the plaintife is damnified about the value of twenty pounds with all other due damages according to attachm$^t$ dat$^d$ april. 18° 1677. . . . The Jury . . . found for y$^e$ pl$^t$ seven pounds damage & costs. 30$^s$ 2$^d$

Execution issued april. 26° 1677.   [ 437 ]